```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

JAMES E. RUDOLPH,                   :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 04-0192-M
                                    :
JO ANNE B. BARNHART,                :
Commissioner of                     :
Social Security,                    :
                                    :
    Defendant.                      :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and Plaintiff's attorney, Byron A. Lassiter, be hereby **AWARDED** an EAJA attorney's fee in the amount of $1,750.00.  No costs are taxed.

DONE this 22nd day of August, 2005.

                                  <u>s/BERT W. MILLING, JR.</u>
                                UNITED STATES MAGISTRATE JUDGE